ACCEPTED
03-25-00641-CV
107795528
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/13/2025 9:16 AM
JEFFREY D. KYLE
CLERK

**Chief Justice**
SCOTT BRISTER

**Justices**
SCOTT FIELD
APRIL FARRIS

**Clerk**
CHRISTOPHER A. PRINE
Phone: 512-463-1610

www.txcourts.gov/15thcoa

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/13/2025 9:16:39 AM
JEFFREY D. KYLE
Clerk



# Fifteenth Court of Appeals

P.O. Box 12852,
Austin, Texas 78711

November 13, 2025

The Honorable Jeffrey Kyle, Clerk                via EFILE Texas
Third Court of Appeals
209 West 14th, Room 101
Austin, Texas 78701

RE:    Court of Appeals Number:    03-25-00565-CV and 03-25-00641-CV
       Trial Court Case Number:    D-1-GN-25-004625

Style:    Steve Van Horne  v. Texas Health and Human Services

Dear Mr. Kyle:

The Fifteenth Court of Appeals agrees with the Third Court's recommendation that these matters should be transferred to this Court as set forth in Texas Rule of Appellate Procedure 27a(c)(2).

Please let me know if you need any additional information.

Sincerely,

Christopher A. Prine, Clerk

cc:    Counsel of Record – via EFILE Texas

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 107995528
Filing Code Description: Letter
Filing Description: 15th COA TRAP 27a Response
Status as of 11/13/2025 9:25 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Paul Pruneda | | paul.pruneda@oag.texas.gov | 11/13/2025 9:16:39 AM | SENT |
| Martin Cohick | | martin.cohick@oag.texas.gov | 11/13/2025 9:16:39 AM | SENT |
| Steve Van HOrne | | ahfl3242@aol.com | 11/13/2025 9:16:39 AM | SENT |